UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00958-JLS (JPR)                              Date:  July 12, 2019
Title: Diane Puentes v. CVS Caremark et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                     N/A
    Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") and
ORDER CONTINUING SCHEDULING CONFERENCE**

      On May 28, 2019, the Court set a scheduling conference for July 19, 2019, and
ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set
for the scheduling conference."  (Doc. 12 ¶ 1.)  The parties failed to comply with the
Court's Order.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure
37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court
dismissing the case, entering a default, and/or finding the parties in contempt of court for
failure to obey a court order.  Monetary sanctions for failure to obey a Court order may
be imposed pursuant to the Court's inherent power.

      On its own motion, therefore, the Court hereby orders counsel to show cause why
the Court should not dismiss this action, enter a default, and/or find the parties in
contempt for counsel's failure to submit a Joint Rule 26(f) Report.  **No later than August
2, 2019,** counsel shall submit a Joint Rule 26(f) Report and a separate written response
explaining why counsel has failed to comply with the Court's filing deadlines.

      The Court CONTINUES the July 19, 2019 Scheduling Conference to August 16,
2019 at 10:30 a.m.

      **IT IS SO ORDERED.**

Initials of Preparer:   __tg___