JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PUENTES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CVS CAREMARK, CVS PHARMACY INC., CVS HEALTH, and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. SACV 19-00958 JLS (JPRx)<br><br>**Hon. Josephine L. Staton**<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION**<br><br>Trial Date: None Set |

# **ORDER**

Based on the Stipulation of the Parties, dated August 22, 2019, it is ordered that:

1. All causes of action in Plaintiff's Complaint be submitted to binding arbitration; and

2. The Court shall retain jurisdiction to the extent allowed under California law.

**IT IS SO ORDERED.**

DATED: August 26, 2019

_____
Hon. Josephine L. Staton
United States District Judge